IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY M. McKEE,

    Petitioner,                   No. 2:13-cv-0884 EFB P

    vs.

UNKNOWN,

    Respondent.              <u>ORDER</u>

                              /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

      In a habeas action, venue is proper in either the district of confinement or the district of conviction. 28 U.S.C. 2241(d). Petitioner was convicted in Los Angeles County and is also incarcerated in Los Angeles County. Dckt. No. 1 at 2. Thus, the Eastern District is not a proper venue for this action. Since this action should have been commenced in the United States District Court for the Central District of California , the court will transfer this action to that district. *See* 28 U.S.C. §§ 84(c), 1404(a). The court declines to take action on petitioner's application to proceed *in forma pauperis*.

////

1

1       Accordingly, it is ORDERED that this action is transferred to the United States District
2 Court for the Central District of California.
3 DATED:  May 10, 2013.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE